**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00637-CR

**BILLY JOE WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-55273-X**

## ORDER

The Court **GRANTS** the State's February 7, 2014 motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/     LANA MYERS
          JUSTICE